

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2019

No. 04-19-00435-CV

Jerold **GIVENS** and Dinah Givens, Individually and as Representatives of the Estate of James Douglas Givens, Deceased, Beverly Brown, Johnny Scott Brown, Andrew Brown, Individually and as Representatives of the Estate of Johnnie Lee Brown, Shannon Brown, Wesley Brown, Appellants

v.

**SALATIEL POLANCO** d/b/a D&C Trucking, Highway Barricades and Services, LLC, Anderson Columbia Co., Inc., Flasher Equipment Co., and D.I.J Construction, Inc., Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 15-03-31056-MCV
Honorable Cynthia L. Muniz, Judge Presiding

# O R D E R

The clerk's record was originally due to be filed on July 26, 2019. On August 12, 2019, the trial court clerk was notified the record was late and instructed to file a notification of late record by August 22, 2019, if payment had not been made, or to file the clerk's record by September 11, 2019. On August 23, 2019, the trial court clerk filed a notification of late record stating the record has not been filed due to computer issues and requesting an extension to September 16, 2019. The requested extension is GRANTED, and the clerk's record must be filed no later than September 16, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2019.



Keith E. Hottle,
Clerk of Court